**No. P68/34.**—Service Cycle Supply Corp. *v.* United States, protest 62/16977 (New York).

**No. P68/35.**—Seedman International Corp. et al. *v.*United States, protests 63/15361, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 1, 1968

**No. P68/36.**—Polk's Hobbies *v.* United States, protest 67/11120(A) (Los Angeles)

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

**No. P68/37.**—Zecron International, Inc. *v.* United States, protest 64/503 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.